James Edward PARROTT

v.

STATE.

No. 28643.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Felony theft is the offense; the punishment, two years in the penitentiary.

Accompanying the record is appellant's personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.

Brooks ESTES

v.

STATE.

No. 28601.

Court of Criminal Appeals of Texas.

Oct. 10, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This is a conviction for the offense of burglary, with punishment assessed at confinement in the penitentiary for five years.

Appellant has filed his affidavit stating that he desires to have his appeal in this case dismissed.

Accordingly, the appeal is dismissed.